E-FILED
Thursday, 22 September, 2005   02:14:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2214 |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| VETERANS ADMINISTRATION HOSPITAL ) | FILED |
| (DANVILLE MEDICAL CENTER), ) | |
| ) | SEP 2 2 2005 |
| ) | |
| Defendants. ) | JOHN M. WATERS, Clerk |
| | U.S. DISTRICT COURT |
| | CENTRAL DISTRICT OF ILLINOIS |
| | URBANA, IL |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, **RAY CULP,** by his attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendants, **UNITED STATES OF AMERICA** (hereinafter "USA") and **DEPARTMENT OF VETERAN AFFAIRS (DEPARTMENT OF VETERAN AFFAIRS ILLIANA HEALTH CARE SYSTEM, DANVILLE, ILLINOIS)** (hereinafter "VA"), states as follows:

**I. Preliminary Statement**

1. Plaintiff, **RAY CULP,** files this action against the **USA** and **VA** for the medical negligence of its agents and/or employees at the **DEPARTMENT OF VETERAN AFFAIRS (DEPARTMENT OF VETERAN AFFAIRS ILLIANA HEALTH CARE SYSTEM, DANVILLE, ILLINOIS)** which proximately caused injury to **RAY CULP**.

2. On or about August 9, 1999, Plaintiff presented a medical negligence claim to the Veterans Administration pursuant to 28 USCA 2401(b) and 28 U.S.C. Section 2675(a). See Attached Exhibit A.

3. On March 24, 2005, the United States government rejected the claim of **RAY CULP**.

4. The cause of action in this Complaint is the same cause of action contained in the claim to the Veterans Administration.

## II. Jurisdiction & Venue

5. This Court has jurisdiction of the action pursuant to 28 U.S.C. Section 1346 and 2671, et seq.

6. Venue is proper under 28 U.S.C. Section 1402(b).

## III. The Parties

7. Plaintiff, **RAY CULP**.

8. **RAY CULP**, at all relevant times, was a resident of the State of Illinois.

9. **USA** maintains the **VA** located in Danville, Illinois.

## IV. Factual Allegations

10. At all relevant times hereto, the Defendants, **USA and VA**, by and through its agents, servants and/or employees, was a health care provider located in the City of Danville, County of Vermilion, State of Illinois, offering medical health services and skilled care to the public and to **RAY CULP** and employing various health care professionals.

11. On and before February 6, 1997, **RAY CULP**, was accepted by the Defendants, **USA** and the **VA**, by and through its agents, servants and/or employees as its patient and undertook to provide him with proper care and treatment.

12. On and before February 6, 1997, the Defendants, **USA and VA**, by and through its agents, servants and/or employees, including, but not limited to Reszo Spruch, M.D., accepted **RAY CULP** as its patient and undertook to diagnose and treat him with various medical health services including an Intraveinous Pyelogram examination.

13.     On February 6, 1997, Defendants, **USA** and **VA**, by and through its agents, servants and/or employees, documented **RAY CULP'S** Intraveinous Pyelogram examination as abnormal, showing significant nodular filling defects in the bladder and a rounded filling defect in the ureter.

14.     On September 1, 1998, RAY CULP was diagnosed with Stage III cancer of the ureter.

15.     At all times relevant hereto, there existed a duty on the part of the Defendants, **USA** and **VA**, by and through its agents, servants and/or employees, to comply with the applicable standards of care for reasonably well qualified medical providers for a patient such as **RAY CULP**.

16.     Disregarding its duty, Defendants, **USA** and **VA**, by and through its agents, servants and/or employees, were guilty of one or more of the following acts or omissions:

    a.     Failed to properly diagnose **RAY CULP'S** condition;

    b.     Failed to perform any type of follow up evaluation of the patient's ureter despite abnormal findings in February of 1997 from the Intraveinous Pyelogram.

    c.     Failed to properly manage **RAY CULP'S** malignant ureter condition.

17.     As a direct and proximate result of one or more of the foregoing careless and negligent acts or omissions on the part of the Defendants, **USA** and **VA**, by and through its agents, servants and/or employees, **RAY CULP** was severely and permanently injured, and has caused and will in the future be caused great pain and suffering, both physical and mental, has been caused and will in the future be caused disfigurement and disability, and has expended and will in the future expend great sums of money for medical treatment.

**WHEREFORE,** the Plaintiff, **RAY CULP**, prays for judgment against the Defendants, **USA** and **VA**, in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate him for the losses alleged above.

Respectfully Submitted,

*/s/ Alex Sukhman*

Alexander M. Sukhman
Attorney for Plaintiff

Alexander M. Sukhman ARDC#: 6270961
Attorney for Plaintiff
KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street
Chicago, Illinois 60601
Telephone: (312) 782-2525
Fax: (312) 855-0068
asukhman@kjs-law.com

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RAY CULP

**DEFENDANTS**
United States of America and Veterans Administration Hospital (Danville medical Center)

(b) County of Residence of First Listed Plaintiff: **Marshall**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alexander Sukhman
Kralovec, Jambois + Schwartz
60 W. Randolph St. Chicago, IL 60601 (ph) 312-782-2525

Attorneys (If Known): 05-2214

**FILED SEP 22 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☑ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec 2675(a)

Brief description of cause:
Medical Malpractice

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 10/21/05

SIGNATURE OF ATTORNEY OF RECORD: Alex Sukhman

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____