E-FILED
Thursday, 22 September, 2005  02:15:19 PM
Clerk, U.S. District Court, ILCD

## BASIS OF CLAIM

Response to #'s
8. and 10.

On and before February 7, 1997 Ray Culp was a patient at the Veterans Administration Hospital in Danville, Illinois. He was under the care of Dr. Reszo Spruch, an oncologist, for treatment of cancer. On February 7, 1997, pursuant to order from Dr. Spruch, Mr. Culp underwent an Intraveinous Pyelogram (IVP). The results of the IVP were suspicious for Bladder cancer and suspicious for cancer of the Ureter. Further follow up was recommended for the suspicion of ureter cancer. In spite of the recommendation Dr. Spruch failed to perform any further treatment or testing as follow up on the suspicion of ureter cancer. Dr. Spruch only treated Ray Culp for the cancer in his bladder, proceeding with four different surgical procedures over the course of 18 months.

On September 1, 1998 Ray Culp came under the care of Dr. Sethi. Dr. Sethi immediately ordered tests to determine that status of the suspicion of cancer in the ureter which was indicated in the report from 18 months prior. Dr. Sethi determined that Mr. Culp was suffering from Stage III cancer of the ureter.

The failure of Dr. Spruch to follow up on the suspicion of cancer in the ureter for 18 months clearly caused Mr. Culp's condition to worsen and his prognosis for recovery to diminish markedly. It is also likely that the failure to diagnose and properly treat the ureter cancer allowed Mr. Culp's cancer to spread throughout different areas of his body including his bladder and kidney necessitating further and continuing procedures in an effort to cure Mr. Culp of his cancer.

This case has been reviewed by a qualified physician who has made the above criticisms of Dr. Spruch. His criticisms also include any and all other physicians that were under the employ and/or control of the Veterans Administration hospital in Danville, Illinois.