# RAY CULP
# REPORT OF REVIEWING HEALTH PROFESSIONAL

1. The undersigned is a Board Certified Internist licensed to practice medicine in the State of Illinois and has practiced medicine within the last six (6) years.

2. The undersigned has reviewed the medical records from Union Hospital and Terre Haute Regional Hospital relative to the care and treatment rendered to Ray Culp.

3. The undersigned is of the opinion that **REZSO SPRUCH, M.D.** deviated from acceptable standards of care by:

    a. Failing to properly diagnose and treat Ray Culp's condition of cancer in the right ureter;

    b. Failing to order and/or perform appropriate diagnostic testing including but not limited to a follow-up retrograde intra-venous pyelogram to determine the source of abnormal findings from a Urogram IV with Nephrotomogram when such follow was medically necessary;

    c. Failing to inform Ray Culp of abnormal findings on Urogram IV with Nephrotomogram taken on February 6, 1997;

    d. Failing to fully review medical records of Ray Culp before preparing and implementing a course and plan of treatment for Ray Culp's maladies; and

    e. Failing to follow-up on recommendations of consultants when such follow-up was medically necessary.

6. The undersigned is of the opinion that the above-mentioned deviations were a proximate cause of a worsening of Ray Culp's condition and a decrease in Mr. Culp's chance of survival.

7. Accordingly, I am of the opinion that there is a reasonable and meritorious cause for filing a lawsuit against the Defendant, **REZSO SPRUCH ,M.D.**