UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| VETERANS ADMINISTRATION HOSPITAL | ) |
| (DANVILLE MEDICAL CENTER), | ) |
| | ) |
| | ) |
| Defendants. | ) |

**REPORT OF REVIEWING HEALTH PROFESSIONAL**

1. That the undersigned is Board Certified in Internal Medicine, licensed to practice medicine in all of its branches in the State of Illinois, has practiced medicine within the last six (6) years, and who is knowledgeable in the relevant issues in this matter.

2. That the undersigned has reviewed the medical records from the Veterans Affairs Medical Center, Terre Haute Regional Hospital and Union Hospital relative to the care of **RAY CULP**.

3. That by virtue of my medical school training and professional experience, the undersigned is familiar with the applicable standards of care for any physician who undertakes to care for a patient under similar circumstances as **RAY CULP**. Specifically, the undersigned is familiar with the standard of care when it is discovered that a patient similar to **RAY CULP** has an abnormal finding after a ureter examination.

4. That the undersigned is of the opinion that the physicians at the Veterans Affairs Medical Center, deviated from the acceptable standards of care in the following ways:

    a. Failure to properly diagnose **RAY CULP'S** condition;

    b. Failure to perform proper follow up of patient's abnormal findings of February of the Intraveinous Pyelogram in February of 1997.

Exhibit D

   c.  Failed to properly manage **RAY CULP'S** malignant ureter condition.

5. That the undersigned is of the opinion that the above-referenced deviations proximately caused injury to **RAY CULP**.

6. Accordingly, I am of the opinion that there is a reasonable and meritorious cause for filing a lawsuit against **THE UNITED STATES OF AMERICA** and **VETERANS ADMINISTRATION HOSPITAL DANVILLE MEDICAL CENTER.**

                Michael Olivieri, M.D.
                5660 W. 95th Street
                Oak Lawn, IL  60453

KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street
Fourth Floor
Chicago, IL 60601
(312) 782-2525
Firm ID: 24797