UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 05-2214 |
| UNITED STATES OF AMERICA and VETERANS ADMINISTRATION HOSPITAL (DANVILLE MEDICAL CENTER), | ) ) ) ) |
| Defendants. | ) ) |

FILED
SEP 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### AFFIDAVIT

I, **ALEXANDER M. SUKHMAN**, under the penalties of perjury hereby state that I am an attorney licensed to practice law in Illinois. Further stating:

1. That I have consulted and reviewed the facts of the above-captioned case with a health care professional who I reasonably believe: (1) is knowledgeable in the relevant issues involved in the particular action; (2) has practiced within the last 6 years in the same area of health care or medicine that is at issue in the particular action; and (3) is qualified by experience or demonstrated competence in the subject of this case.

2. That the reviewing health care professional, a physician, determined in a written report, after a review of the medical records and other relevant materials, that there is a reasonable and meritorious cause for the filing of the above-captioned case.

3. That I conclude on the basis of the reviewing health care professional's review and consultation that there is a reasonable and meritorious cause for filing.

_____
Alexander M. Sukhman
Attorney for Plaintiff

Subscribed and sworn to before me
this 21st day of September, 2005

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Noelle Romano
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street, Fourth Floor
Chicago, IL 60601
312.782.2525
Firm I.D.: 24797