AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Wednesday, 28 September, 2005 10:11:26 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

RAY CULP

V.

UNITED STATES OF AMERICA and VETERANS ADMINISTRATION HOSPITAL (DANVILLE MEDICAL CENTER)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2214

TO: (Name and address of Defendant)

Jan Paul Miller
201 S. Vine Street
Room 226
Urbana, IL 61802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander Sukhman
Kralovec, Jambois & Schwartz
60 W. Randolph Street
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                           09/28/05
CLERK                                      DATE

s/V. Ball
(By) DEPUTY CLERK