**E-FILED**
Friday, 30 December, 2005  10:58:34 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RAY CULP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2214 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| and VETERANS ADMINISTRATION | ) | |
| HOSPITAL (DANVILLE MEDICAL | ) | |
| CENTER) | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION TO SUBSTITUTE COUNSEL</u>

The United States of America, by Rodger A. Heaton, United States

Attorney for the Central District of Illinois, Hilary W. Frooman, Assistant United

States Attorney, and Michael M. McFatridge, Special Assistant United States

Attorney, move this Court for permission to substitute counsel, Hilary W.

Frooman, as counsel for defendant, United States of America.  In support of this

motion, the defendant states:

Assistant United States Attorney David H. Hoff previously entered his

appearance on behalf of the defendant.  Hilary W. Frooman now enters her

appearance as counsel for the defendant.  Such substitution will not delay the

Rule 16 Scheduling Conference, set for January 24, 2006.

WHEREFORE, the defendant moves this Court to grant this motion and substitute counsel Hilary W. Frooman for counsel David H. Hoff.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

BY:  s/ Hilary W. Frooman
HILARY W. FROOMAN, Bar No. IL 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2005, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

>Alexander M. Sukhman
>Krralovec, Jambois, & Schwartz
>60 West Randolph Street
>Chicago, IL 60601

>BY:  <u>s/ Hilary W. Frooman             </u>
>HILARY W. FROOMAN, Bar No. IL 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>hilary.frooman@usdoj.gov