**E-FILED**
Monday, 23 January, 2006  02:38:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAY CULP, )<br>)<br>         Plaintiff, )<br>)<br>  v.                                   )<br>)<br>UNITED STATES OF AMERICA and )<br>VETERAN'S ADMINISTRATION )<br>HOSPITAL (DANVILLE MEDICAL )<br>CENTER) )<br>)<br>         Defendants. ) | No. CV05-2214 |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to the terms of Fed.R.Civ.P. 26(f), the parties to this action have met by telephone conference, and jointly submit the following report of their meeting:

1.  Meeting of the Parties. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 17, 2006, by telephone conference, and was attended by:

    a.  Alexander M. Sukhman, attorney for plaintiff.
    b.  Hilary W. Frooman, Assistant United States Attorney.

2.  Pre-Discovery Disclosures. The parties will exchange by February 28, 2006 the information and documents required by Fed. R. Civ. P. 26(a)(1).

3.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        I)   Whether the defendant is liable at all, and if so to what extent, for the relief requested by the plaintiff.
        ii)  The nature and extent of defendant's liability for the allegations made by the plaintiff in his complaint.

      b.    All discovery will be commenced in time to be completed by January 31, 2007.

      c.    Maximum of 20 interrogatories by each party to any other party. Responses due 30 days after service.

      d.    Reports from retained testifying experts under Rule 26(a)(2) due from plaintiff by
August 1, 2007.

      e.    Reports from retained testifying experts under Rule 26(a) (2)from defendant by September 21, 2007.

      f.    Supplements under Rule 26(e) due 60 days after service of responses, and at 60 day intervals thereafter.

4.    <u>Other Items</u>.

      a.    The parties request a telephone status conference on Thursday, July 12, 2007 at 9:00 a.m.

      b.    All parties should be allowed until June 29, 2007, to join additional parties and to amend the pleadings.

      c.    All potentially dispositive motions should be filed by October 15, 2007.

      d.    With respect to settlement of this matter, the parties state that they have not yet discussed settlement because of the early stage of this litigation.

      e.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties 45 days before trial.

      f.    Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      g.    The case should be ready for trial by December 3, 2007, and at this time is expected to take approximately three days.

5. The final pretrial conference is scheduled for November 7, 2007 at 9:00 a.m. before the Honorable David G. Bernthal, United States Magistrate Judge.

6. <u>Other matters</u>.

   None at this time.


| For Plaintiff | For Defendant |
|---|---|
| <u>s/Alexander M. Sukhman</u> | <u>s/Hilary W. Frooman</u> |
| Alexander M. Sukhman | Hilary W. Frooman, |
| Attorney for Plaintiff | Assistant U.S. Attorney |
| Krralovec, Jambois & Schwartz | United States Federal Courthouse |
| 60 West Randolph Street | 201 S. Vine Street, Suite 226 |
| Chicago, IL   60601 | Urbana, IL 61802 |
| Tel. No. 312/782-2525 | Tel. No. 217/373-5875 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Alexander M. Sukhman
    Krralovec, Jambois & Schwartz
    60 West Randolph Street
    Chicago, Illinois 60601
    Email: asukhman@kjs-law.com

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Assistant United States Attorney
    United States Attorney
    201 S. Vine, Suite 226
    Urbana, Illinois 61802
    217/373-5875
    FAX: 217/373-5891
    hilary.frooman@usdoj.gov