UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| RAY CULP, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 05-2214 |
| UNITED STATES OF AMERICA and | ) |
| VETERANS ADMINISTRATION | ) |
| HOSPITAL (Danville Medical Center), | ) |
| | ) |
| Defendants. | ) |

# DISCOVERY ORDER

A discovery conference was held **January 24, 2006,** pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Alexander M. Sukhman. Defendants were represented by David Hoff. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **February 28, 2006.**

2. The deadline for amendment of pleadings is **June 29, 2006.**

3. The deadline for joining additional parties is **June 29, 2006.**

4. Plaintiff shall disclose experts and provide expert reports by **October 1, 2006.**

5. Defendants shall disclose experts and provide expert reports by **December 1, 2006.**

6. Each party may serve a maximum of 20 interrogatories on any other party. Responses shall be due 30 days after service.

7. All discovery, including deposition of experts, is to be completed by **January 31, 2007.**

8. The deadline for filing case dispositive motions shall be **March 2, 2007.**

9. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 1, 2007, at 2:30 p.m.**

    10.  The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 18, 2007, at 9:00 a.m. (Case No. 4).**

    ENTER this 26th day of January, 2006

                                                    s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE