## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA, ILLINOIS

| | |
|---|---|
| RAY CULP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-2214 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| and VETERANS ADMINISTRATION | ) |
| HOSPITAL (DANVILLE MEDICAL | ) |
| CENTER) | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF COMPLIANCE

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, Hilary W. Frooman, Assistant United States Attorney, and Michael M. McFatridge, Special Assistant United States Attorney, and, pursuant to the Federal Rules of Civil Procedure, 26(a)(1), certifies initial compliance with requirements of Federal Rule of Civil Procedure 26(a)(1).

Defendant provides to plaintiff, pursuant to Rule 26 (a)(1) (A) and (a)(1)(B), all documents related to plaintiff Ray Culp and medical treatment associated with the available at this time from Veterans Medical Center and plaintiff's complaint filed September 22, 2005. Such documents, pp. 001-986, include the names, addressees and telephone numbers of all parties who might have

discoverable information that the defendant might use to support its claims or defenses, unless solely for impeachment, to the extent that the defendant has thus far been able to determine such information.  Further, defendant, in producing such documents, provides the plaintiff with relevant discovery of all documents related to the plaintiff's complaint.

When and if defendant acquires other information which comply with requirements of Fed.R. Civ.Pro. 16(a)(1), defendant will provide those to plaintiff.

                        Respectfully submitted,

                        RODGER A. HEATON
                        United States Attorney

                        BY:  s/ Hilary W. Frooman
                        HILARY W. FROOMAN, Bar No. IL 6180241
                        Assistant United States Attorney
                        United States Attorney
                        201 S. Vine St., Suite 226
                        Urbana, IL 61802
                        217/373-5875
                        FAX: 217-373-5891
                        hilary.frooman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Alexander M. Sukhman
> Krralovec, Jambois, & Schwartz
> 60 West Randolph Street
> Chicago, IL 60601
> asukhman@kjs-law.com

BY: s/ Hilary W. Frooman
HILARY W. FROOMAN, Bar No. IL 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov