UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| RAY CULP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.    05-2214 |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| VETERANS ADMINISTRATION HOSPITAL | ) | |
| (DANVILLE MEDICAL CENTER), | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

To:    Hilary Frooman
       U.S. States Attorney
       Urbana Federal Building
       201 S. Vine, Suite 226
       Urbana, IL 61802-3369

The undersigned certifies that he served this **Plaintiff's Interrogatories to Defendant** upon the attorneys listed above by depositing same in the U.S. mail chute located at 60 W. Randolph Street, Chicago, Illinois at or before 5:00 p.m. this 21st day of April, 2006.

BY:    s/Alexander M. Sukhman
ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
Attorney for Plaintiff
60 W. Randolph Street, 4th Floor
Chicago, IL 60601
Phone: 312/782-2525
Fax:    312/855-0068
asukhman@kjs-law.com