UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>UNITED STATES OF AMERICA and )<br>VETERANS ADMINISTRATION HOSPITAL )<br>(DANVILLE MEDICAL CENTER), )<br>)<br>)<br>    Defendants. ) | Case No.   05-2214 |

CERTIFICATE OF SERVICE

To:   Hilary Frooman
      U.S. States Attorney
      Urbana Federal Building
      201 S. Vine, Suite 226
      Urbana, IL 61802-3369

      The undersigned certifies that he served this **Plaintiff's First Request for Production to Defendant** upon the attorneys listed above by depositing same in the U.S. mail chute located at 60 W. Randolph Street, Chicago, Illinois at or before 5:00 p.m. this 21st day of April, 2006.

      BY:   s/Alexander M. Sukhman
      ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
      Attorney for Plaintiff
      60 W. Randolph Street, 4th Floor
      Chicago, IL 60601
      Phone: 312/782-2525
      Fax:   312/855-0068
      asukhman@kjs-law.com