# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAY CULP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2214 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and VETERANS ADMINISTRATION ) | |
| HOSPITAL (DANVILLE MEDICAL ) | |
| CENTER) ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND RESPONSE DEADLINES

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, Hilary W. Frooman, Assistant United States Attorney, and Alexander M. Sukhman, Attorney for Plaintiff, Ray Culp, move this Court to extend the response date for the due dates for both parties responses to interrogatories and Request for production.

1. On March 23, 2006, the defendant, United States of America and Veterans Administration Hospital (Danville Medical Center) served upon plaintiff both interrogatories and documents in compliance with Fed.R.Civ. Pro. 26(a) (1). The plaintiff has not responded.

2. On April 21, 2006, the plaintiff served interrogatories upon the named defendant and served a Request to Produce. The defendant has not responded to

the plaintiff's request nor has the defendant answered the interrogatories.

3. Both parties agree that the interrogatories are complex and extensive and will require careful review and many hours to provide complete answers. The defendant also states, and the plaintiff agrees, that the request to produce is lengthy and complex.

4. The parties have agreed that the following response schedule is agreeable to both and the parties request that the Court to enter an order establishing the following time schedule:

   A. The plaintiff has 45 days from today's date, May 3, 2006, to answer the defendant's interrogatories. The plaintiff, therefore, will file answers no later than June 16, 2006.

   B. The defendant has 90 days from today's date, May 3, 2006, to answer the defendant's interrogatories and request to produce. The defendant will have its answers on file no later than July 31, 2006.

WHEREFORE, the defendant moves this Court to grant this motion and extend the filing dates as both parties request and have agreed.

                Respectfully submitted,

                RODGER A. HEATON
                United States Attorney

                BY:  s/ Hilary W. Frooman

HILARY W. FROOMAN, Bar No. IL 6180241
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
hilary.frooman@usdoj.gov

.

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Alexander M. Sukhman
>Kralovec, Jambois, & Schwartz
>60 West Randolph Street
>Chicago, IL 60601
>Asukhman@kjs-law.com

>BY: s/ Hilary W. Frooman
>HILARY W. FROOMAN, Bar No. IL 6180241
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>hilary.frooman@usdoj.gov