## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.    05-2214 |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| VETERANS ADMINISTRATION HOSPITAL | ) |
| (DANVILLE MEDICAL CENTER), | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

TO:   Hillary Frooman
      Central District Office for the United States Attorney
      201 S. Vine Street
      Suite 226
      Urbana, IL 61802

**THE UNDERSIGNED** attorney, being first duly sworn upon oath, deposes and states that on the 16th day of June, 2006, a true and correct copy of **PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES** was served upon the attorney listed above, by depositing the same postage pre paid and properly addressed, in the U.S. Mail chute for 60 W. Randolph Street, Chicago, Illinois.  Pursuant to court rules, the original documents are held in Plaintiff's file and have not been filed with the court.

            BY:   s/Alexander M. Sukhman
                  ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
                  Attorney for Plaintiff
                  60 W. Randolph Street, 4th Floor
                  Chicago, IL 60601
                  Phone: 312/782-2525
                  Fax:    312/855-0068
                  asukhman@kjs-law.com