E-FILED
Monday, 31 July, 2006   04:29:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| RAY CULP, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 05-2214 |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and VETERANS ADMINISTRATION ) | |
| HOSPITAL (DANVILLE MEDICAL ) | |
| CENTER), ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF REQUEST FOR
PRODUCTION OF DOCUMENTS**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Central District of Illinois and is a person of such age and discretion as to be competent to serve papers.

That on the 31st day of July, 2006, she served a copy of the Defendant United States' Response to Request For Production of Documents by placing a copy in an envelope with postage prepaid addressed to the attorney for the plaintiff hereinafter named in an envelope with postage prepaid addressed to each such attorney, at the

place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Urbana, Illinois.

        Mr. Alexander M. Sukhman
        Kralovec, Jambois & Schwartz
        60 West Randolph Street
        Chicago, IL 60601

        Respectfully submitted,

        RODGER A. HEATON
        United States Attorney

BY:   s/ Hilary W. Frooman
        Hilary W. Frooman, Bar No. IL 6180241
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        hilary w. frooman@usdoj.gov