# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### DANVILLE/URBANA DIVISION

| | |
|---|---|
| RAY CULP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2214 |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| VETERANS ADMINISTRATION HOSPITAL | ) |
| (DANVILLE MEDICAL CENTER), | ) |
| | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

TO:   Hilary Frooman
       Central District Office for the United States Attorney
       201 S. Vine Street
       Suite 226
       Urbana, IL 61802

    **THE UNDERSIGNED** attorney, being first duly sworn upon oath, deposes and states that on the 3rd day of August, 2006, a true and correct copy of **PLAINTIFF'S NOTICE OF DEPOSITIONS** was served upon the attorney listed above, by depositing the same postage pre paid and properly addressed, in the U.S. Mail chute for 60 W. Randolph Street, Chicago, Illinois.  Pursuant to court rules, the original documents are held in Plaintiff's file and have not been filed with the court.

                      BY:   s/Alexander M. Sukhman
                              ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
                              Attorney for Plaintiff
                              60 W. Randolph Street, 4th Floor
                              Chicago, IL 60601
                              Phone: 312/782-2525
                              Fax:   312/855-0068
                              asukhman@kjs-law.com