UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| RAY CULP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.     05-2214 |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| VETERANS ADMINISTRATION HOSPITAL | ) | |
| (DANVILLE MEDICAL CENTER), | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES

**NOW COMES** the Plaintiff, Ray Culp, by and through his attorney, Alexander M. Sukhman of KRALOVEC, JAMBOIS & SCHWARTZ, and the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, David Hoff, Assistant United States Attorney and moves this Honorable Court to extend the deadline for both parties' expert disclosures and expert reports.

1.     Pursuant to the Discovery Order entered on January 26, 2006, Plaintiff is to disclose experts and provide expert reports by October 1, 2006.

2.     Pursuant to the Discovery Order entered on January 26, 2006, Defendants are to disclose experts and provide expert reports by December 1, 2006.

3.     To date, the Defendants have not produced Dr. Spruck for deposition. Dr. Spruck is the Defendants' witness and a key treating physician. Without his deposition, the parties cannot complete their expert disclosures and expert reports.

4.     Furthermore, attorney for the Defendants, David Hoff, has only recently been assigned to this matter and he requires additional time to familiarize himself with the facts and circumstances of the case.

5.     The parties are in agreement as to the following disclosure deadlines and request that the Court enter an Order establishing the following time schedule:

   a.   Plaintiff shall disclose experts and provide expert reports by December 1, 2006; and

   b.   Defendants shall disclose experts and provide expert reports by January 1, 2007.

WHEREFORE, the Plaintiff moves this Court to grant this motion and extend the disclosure deadlines as both parties request and have agreed.

Respectfully submitted,

KRALOVEC, JAMBOIS & SCHWARTZ

BY:   s/Alexander M. Sukhman
ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
Attorney for Plaintiff
60 W. Randolph Street, 4th Floor
Chicago, IL 60601
Phone: 312/782-2525
Fax:   312/855-0068
asukhman@kjs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David Hoff, Esq.
>Assistant United States Attorney
>210 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>217/373-5875

>BY:    s/Alexander M. Sukhman
>ALEXANDER M. SUKHMAN, Bar. No. IL 6270961
>Attorney for Plaintiff
>60 W. Randolph Street, 4th Floor
>Chicago, IL 60601
>Phone: 312/782-2525
>Fax:    312/855-0068
>asukhman@kjs-law.com