E-FILED
Friday, 01 December, 2006  02:36:06 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| RAY CULP, ) | |
|          Plaintiff, ) | |
| v. ) | |
| ) | Case No. 05-2214 |
| UNITED STATES OF AMERICA and ) | |
| VETERANS ADMINISTRATION ) | |
| HOSPITAL (Danville Medical Center), ) | |
| ) | |
|          Defendants. ) | |

## AMENDED DISCOVERY ORDER

A supplemental discovery conference was held **November 29, 2006**. The conference was held by telephone conference call. The Plaintiff was represented by Ryan Yagoda. The Defendants were represented by David H. Hoff, Assistant United States Attorney. The need for extension of certain deadlines was discussed. The Court agreed that certain deadlines should be extended. The parties had consented to jurisdiction by the United States Magistrate Judge since the entry of the original Discovery Order. Accordingly, a new trial setting was also necessary.

**WHEREFORE, IT IS ORDERED:**

1. Plaintiff shall disclose experts and provide expert reports by **April 1, 2007.**

2. Defendants shall disclose experts and provide expert reports by **May 31, 2007.**

3. All discovery, including deposition of experts, is to be completed by **August 31, 2007.**

4. The deadline for filing case dispositive motions shall be **October 1, 2007.**

5. The matter is scheduled for *final pretrial conference* by personal appearance before the undersigned on **November 2, 2007, at 11:00 a.m.**

6. The matter is scheduled for *bench trial* before the undersigned on **November 13, 2007, at 9:00 a.m. (Case No. 4).**

7. Deadlines not referenced in this Amended Discovery Order shall remain as set in the original Discovery Order.

ENTER this 1st day of December, 2006

                                                        s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE